**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

                Plaintiff,                Case No: 92-60313

vs.                                Hon. Victoria A. Roberts
                                         Claim No. C-36847

MINNIE GOODEN,
SS# XXX-XX-8084

                Defendant.
_____/

**ORDER RELEASING TAX GARNISHMENT**

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: 3/27/09

                                                    /s/ Victoria A. Roberts
                                               U.S. DISTRICT COURT JUDGE